# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:06cr167-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ISMAEL ALDANA.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion Requesting this Court to Receive the Requested Materials from Counsel of Record [Doc. 159].

On February 25, 2009, the Defendant was sentenced to 90 months imprisonment in connection with his conviction for conspiracy to possess with intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. §846. [Doc. 148]. The Defendant did not file a direct appeal and there is nothing pending in this closed case.

Nonetheless, the Defendant requests the Court to "direct my counsel of record to promptly forward to me copies of my files[.]" [Doc. 159]. If the Defendant desires copies of documents in the possession of his attorney,

he must communicate directly with counsel, not the Court.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion Requesting this Court to Receive the Requested Materials from Counsel of Record [Doc. 159] is hereby **DENIED**.

Signed: October 6, 2009

Martin Reidinger
United States District Judge